**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TROY BUCCINI and MICHAEL STARY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | Case No. 21-cv-3031 |
| THE CITY OF AURORA, AURORA POLICE | ) | |
| OFFICERS MICHAEL CARRASCO, REYNALDO | ) | Honorable Judge John F. |
| RIVERA and SGT. JAMES BOATMAN, | ) | Kness |
| all in their individual and official capacities; | ) | |
| | ) | Honorable M. David |
| Defendants. | ) | Weisman: Magistrate |

<u>**PARTIES' JOINT STATUS REPORT**</u>

NOW COME the Defendants, THE CITY OF AURORA, AURORA POLICE OFFICERS MICHAEL CARRASCO, REYNALDO RIVERA, WILLIAM WHITFIELD, AND SGT. JAMES BOATMAN, by and through their respective attorneys, Ottosen Dinolfo Hasenbalg & Castaldo, Ltd., and Plaintiffs, TROY BUCCINI and MICHAEL STARY, by and through their attorney, Law Office of Jason R. Craddock, in response to this Court's Order, Dkt. No. 87, parties state as follows:

1.      On September 8, 2025, this Court's Order reflected that written discovery is complete. Dkt. No. 87. The Court ordered Plaintiffs to provide digital copies of the original video footage or certify that no such footage exists by September 12, 2025, and it also ordered the parties to provide a joint status report by noon on October 15, 2025. Dkt. No. 87.

2.      On September 15, 2025, Plaintiffs provided the video footage to Defendants via email.

3.      Defendants issued notices of deposition to Plaintiffs. Plaintiff Buccini's deposition is scheduled for October 17, 2025. Defendants are awaiting Plaintiff Stary's alternate availability, as the dates in a previous notice of deposition no longer worked for Plaintiffs' schedule.

4.      Mr. Stary will provide dates today when he is available for deposition next week.

5.      Defendants have subpoenaed all of Plaintiff's witnesses for depositions, and on October 14, 2025, defense counsel took the deposition of Randy Means. The remaining subpoenaed depositions are scheduled between October 21 and 23, 2025.

Respectfully submitted,

Defendants:  /s/Christian Ketter
THE CITY OF AURORA, AURORA POLICE
OFFICERS MICHAEL CARRASCO,
REYNALDO RIVERA, WILLIAM WHITFIELD,
and SGT. JAMES BOATMAN
Dominick Lanzito ARDC #6277856; TX #: 24144951
Christian Ketter ARDC #6331397; MI-P86656
Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
2441 Warrenville Road, Suite 310
Lisle, Illinois 60532 | 630-614-7611
dlanzito@ottosenlaw.com | cketter@ottosenlaw.com

Plaintiffs: _____
TROY BUCCINI and MICHAEL STARY
Law Office of Jason R. Craddock
2021 Midwest Rd., Suite 200
Oak Brook, IL 60523
(708) 964-4973
Email: craddocklaw@icloud.com or cradlaw1970@gmail.com