UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Troy Buccini, et al.
                        Plaintiff,

v.                                        Case No.: 1:21−cv−03031
                                              Honorable John F. Kness

Michael Carrasco, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 17, 2025:

      MINUTE entry before the Honorable M. David Weisman: Defendants filed a Notice of Service of Supplemental Mandatory Initial Discovery Responses on the docket. See ECF #[91]. Fed. R. Civ. P. 5(d)(1)(A) prohibits such filings. "[D}isclosures under Rule 26(a)(1)... must not be filed until they are used in the proceeding or the court orders filing." Worse, Fed. R. Civ. P 5.2 specifically prohibits filings that include an individual's personal identifying information. Upon review of defendants' disclosure, the Court has identified at least a date of birth of one individual. There may be other PII included in this disclosure. The Clerk's Office is directed to place ECF #[91] under seal. Further, defense counsel is ordered to review the remainder of the docket and confirm that this type of mis−filing has not occurred elsewhere on the docket, and counsel is directed to review this issue with the entire litigation team working on this matter to assure familiarity with the applicable Federal Rules of Civil Procedure. Defense counsel must file a Status Report within 7 days of this order confirming that there are no other filings that need to be placed under seal (or identifying such filings that need to be placed under seal), and confirming that the litigation team assigned to this matter is aware of the applicable Federal Rules of Civil Procedure. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.