IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TROY BUCCINI and MICHAEL STARY, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> THE CITY OF AURORA, AURORA POLICE ) <br> OFFICERS MICHAEL CARRASCO, REYNALDO ) <br> RIVERA and SGT. JAMES BOATMAN, ) <br> all in their individual and official capacities; ) <br> ) <br> Defendants. ) | Case No. 21-cv-3031 <br><br> Honorable Judge John F. Kness <br><br> Honorable M. David Weisman: Magistrate |

**DEFENDANTS' STATUS REPORT**

NOW COME the Defendants, THE CITY OF AURORA, AURORA POLICE OFFICERS MICHAEL CARRASCO, REYNALDO RIVERA, WILLIAM WHITFIELD, AND SGT. JAMES BOATMAN, by and through their respective attorneys, Ottosen Dinolfo Hasenbalg & Castaldo, Ltd., in response to this Court's Order, Dkt. No. 92, seeking sealing of Dkt. Nos. 16-1 and 16-2, stating as follows:

1. On October 16, 2025, attachments were inadvertently filed as an exhibit to the Certificate of Service by undersigned counsel's support staff, despite specific previous instructions otherwise that documents were to be dispatched to Plaintiffs and only a certificate reflecting service was to be filed. (Dkt. No. 91).

2. Undersigned counsel has reviewed the remainder of the docket—namely, all of Defendants' past certificates of service to ensure there were no erroneous attachments, and has reviewed Defendants' past attachments of motions to ensure those documents bore necessary redactions.

3. Having completed review of the full docket, undersigned counsel has identified that a lack of redaction did occur in 2021, albeit prior to both the 2022 representation of Peterson, Johnson & Murray LLC and the 2025 representation of Ottosen DiNolfo Hasenbalg & Castaldo Ltd.

4. Dkt. No 16-1 and Dkt. No. 16-2—attachments to the previously adjudicated Motion to Dismiss—should be sealed for that reason.

5. Undersigned counsel is grateful to the Court for its prompt attention, and this will not occur again.

6. The litigation team has reviewed this Court's Order and the applicable Federal Rules of Civil Procedure and has explained to the assisting member of the litigation team the significance of this Court's Order and the purpose of the applicable Federal Rules of Civil Procedure.

Respectfully submitted,

Defendants:  /s/Christian Ketter
THE CITY OF AURORA, AURORA POLICE
OFFICERS MICHAEL CARRASCO,
REYNALDO RIVERA, WILLIAM WHITFIELD,
and SGT. JAMES BOATMAN
Dominick Lanzito ARDC #6277856; TX #: 24144951
Christian Ketter ARDC #6331397; MI-P86656
Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
2441 Warrenville Road, Suite 310
Lisle, Illinois 60532 | 630-614-7611
dlanzito@ottosenlaw.com | cketter@ottosenlaw.com