**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TROY BUCCINI and MICHAEL STARY, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | Case No. 21-cv-3031 |
| THE CITY OF AURORA, AURORA POLICE ) | |
| OFFICERS MICHAEL CARRASCO, REYNALDO ) | Honorable Judge John F. |
| RIVERA and SGT. JAMES BOATMAN, ) | Kness |
| all in their individual and official capacities; ) | |
| ) | Honorable M. David |
| Defendants. ) | Weisman: Magistrate |

## NOTICE OF FILING

To: Jason R. Craddock, Sr.
Law Office of Jason R. Craddock
Post Office Box 702
Monee, IL 60449
P: 708.964.4973
E: craddocklaw@icloud.com | cradlaw1970@gmail.com

PLEASE TAKE NOTICE that on the 23rd day of October, 2025, I electronically filed In The United States District Court For The Northern District of Illinois Eastern Division, via the CM/ECF filing system, a **DEFENDANTS' STATUS REPORT**, a copy of which is attached hereto.

/ s/ Christian Ketter
Christian Ketter

Christian Ketter ARDC #6331397; MI-P86656
Dominick Lanzito ARDC #6277856; TX #: 24144951
Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
2441 Warrenville Road, Suite 310
Lisle, Illinois 60532 | 630-614-7611
dlanzito@ottosenlaw.com | cketter@ottosenlaw.com

## **PROOF OF SERVICE**

I, the undersigned, on oath state that I served true and correct copies of this Notice and **DEFENDANTS' STATUS REPORT** via email to the above attorney on this 23rd day of October, 2025.

                                      /s/ Carol Myrthil-Dickerson
                                      Carol Myrthil-Dickerson

SUBSCRIBED AND SWORN TO
before me this 23rd day of October, 2025.

/s/ Shawn Krebs
            Notary Public