IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TROY BUCCINI and MICHAEL STARY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 21-cv-3031 |
| THE CITY OF AURORA, AURORA POLICE | ) | |
| OFFICERS MICHAEL CARRASCO, REYNALDO | ) | Honorable Judge John F. |
| RIVERA and SGT. JAMES BOATMAN, | ) | Kness |
| all in their individual and official capacities; | ) | |
| | ) | Honorable M. David |
| Defendants. | ) | Weisman: Magistrate |

**PARTIES' JOINT STATUS REPORT**

NOW COME the Defendants, THE CITY OF AURORA, AURORA POLICE OFFICERS MICHAEL CARRASCO, REYNALDO RIVERA, WILLIAM WHITFIELD, AND SGT. JAMES BOATMAN, by and through their respective attorneys, Ottosen Dinolfo Hasenbalg & Castaldo, Ltd., and Plaintiffs, TROY BUCCINI and MICHAEL STARY, by and through their attorney, Law Office of Jason R. Craddock, in response to this Court's Order, Dkt. No. 82, parties state as follows:

1. Defense counsel has deposed Plaintiff Buccini and all of Plaintiffs' witnesses.

2. Through the course of Plaintiff Buccini's deposition, Defendants learned of the firsthand knowledge of witness, Eric Scheidler, to whom Defendants issued a subpoena for deposition roughly two weeks ago, and with whom Defendants have made contact—but are awaiting contact specifically with Scheidler's attorney to facilitate Scheidler's deposition.

3. Defendants have previously issued notices of deposition to Plaintiff Stary. Stary's work schedule has made him unable to sit for his deposition with all prior proposed and noticed dates. Plaintiff Stary, by way of his attorney, indicated that Stary will be available on November 7, 2025—but as communicated to Plaintiffs' counsel, that date does not work for Defendants. Defense counsel Lanzito is out of state that day and defense counsel Ketter is currently out on temporary family leave. Defense counsel conveyed the conflict to Plaintiffs' counsel and is awaiting alternate availability from Plaintiff Stary.

4. Both parties inadvertently forgot that Plaintiffs had propounded written discovery in May 2024 upon Defendants, who have since tendered answers to Plaintiffs' counsel.

5. Plaintiffs are reviewing said answers and responsive documents to determine whether depositions of defendants will be necessary. No notices of deposition have been otherwise issued.

6. Plaintiff has sought a 90-day stay for payment of sanctions—to which Defendants are not in agreement because the municipal Defendants continue to incur costs in this litigation.

7. Defendants intend to file a motion for summary judgment at the close of discovery and propose a briefing schedule as follows:

- January 26, 2026 for Defendants' Motion for Summary Judgment
- February 26, 2026 for Plaintiffs' Response to Defendants' Motion for Summary Judgment.

- March 19, 2026 for Defendants' Reply in Support of their Motion for Summary Judgment.

8. Parties respectfully seek an additional 30 days to complete the two contemplated depositions of Plaintiff Stary and witness Scheidler.

Respectfully submitted,

Defendants: /s/*Christian Ketter*
THE CITY OF AURORA, AURORA POLICE
OFFICERS MICHAEL CARRASCO,
REYNALDO RIVERA, WILLIAM WHITFIELD,
and SGT. JAMES BOATMAN
Dominick Lanzito ARDC #6277856; TX #: 24144951
Christian Ketter ARDC #6331397; MI-P86656
Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
2441 Warrenville Road, Suite 310
Lisle, Illinois 60532 | 630-614-7611
dlanzito@ottosenlaw.com | cketter@ottosenlaw.com

Plaintiffs:  /s/ *Jason R. Craddock*
TROY BUCCINI and MICHAEL STARY
Law Office of Jason R. Craddock
Post Office Box 702
Monee, IL 60449
(708) 964-4973
Email: craddocklaw@icloud.com or cradlaw1970@gmail.com